# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, | CV 19-8788 PA (JPRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| SUNSET BLVD PROPERTY INVESTMENTS LLC, et al., | |
| Defendants. | |

Pursuant to the Court's February 13, 2020 Order, and the Court's March 9, 2020 Order amending its prior order directing the Clerk to enter Judgment, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. All claims against Defendant Sunset Blvd Property Investments LLC are dismissed without prejudice for failure to prosecute and failure to comply with the Court's orders;

2. Defendant Rogelio Espinoza is hereby ordered to provide an accessible service counter, accessible sales counter, and accessible door hardware at the accessible entrance at the property located at 2501 Sunset Boulevard, Los Angeles, California, 90026 in compliance with the Americans with Disabilities Act Standards and the 2016 California Building Code; and

3. Defendant Rogelio Espinoza shall complete any repairs or renovations necessary to achieve compliance within a reasonable amount of time, but no later than six

months after the issuance of this Judgment, although time for completion maybe modified by the Court upon a showing of good cause.

IT IS SO ORDERED.

DATED: March 9, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE